UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELYSIAN LABS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE ARMY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-1963 (CRC) |

## JOINT STATUS REPORT

The parties, by counsel and pursuant to the Court's October 14, 2021, Minute Order, respectfully submit the following joint status report:

1. Plaintiff instituted this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, asking the Court to compel Defendant to produce "documents relate[d] to an algorithm developed by Elysian to assist the remote diagnosis of various health conditions, including the COVID-19 disease," included in a FOIA request dated August 7, 2020. ECF No. 1, 1.

2. Plaintiff filed this action on July 20, 2021. ECF No. 1. Defendant requested an extension to file an answer, ECF No. 10, and answered the complaint on September 22, 2021, ECF No. 12.

3. In its Answer, Defendant admitted that, following the January 13, 2021, letter, it failed to provide any responses to six out of ten categories of requested documents. ECF No. 1, ¶ 47 and ECF No. 12, ¶ 47.

4. On October 12, 2021, the parties filed a joint proposed schedule for disclosure, which the Court adopted on October 14, 2021. ECF No. 14 (the "Order"). The Order provides that

"[b]eginning November 1, 2021, Defendant will complete a review and production of at least 150 pages a day on a rolling basis of those records found by the U.S. Army Medical Research Acquisition Activity until production is complete." ECF No. 14, ¶ 3. The Order further provides that "[t]he search for responsive records by headquarters staff and emails will be completed on or before December 3, 2021," and that "Defendant will complete a review and production of at least 150 pages a day on a rolling basis of the remaining records until production is complete." *Id*. ¶¶ 4-5.

5. Defendant identified 83 pages of documents from the U.S. Army Medical Research and Development Command that were responsive to the FOIA inquiry. Those documents were released on December 3, 2021.

6. Defendant identified an additional 285 pages of responsive documents from the U.S. Army Medical Research Acquisition Activity. The search that yielded the 285 pages of responsive documents was conducted on September 10, 2021. These records have been collected, reviewed by the legal office, and are with the initial disclosure authority. They will be released no later than January 21, 2022.

7. Defendant also conducted a search using key words that yielded additional records. Those records are still being reviewed and will be released as soon as possible. Within five days of this Report, Defendant will provide the number of pages of records being reviewed.

8. Defendant has been unable to review and release all documents per the schedule set forth in the Order. According to the Defendant, the delay in gathering the records is due to the nature of the system where they are stored. The breadth of the original request caused the initial search to return numerous unresponsive documents. Once the records were identified, a manual review of each record must be conducted to determine whether they are responsive to the request.

In some instances, Defendant had to meet with contracting personnel in order to make determinations on responsiveness as these Other Transaction Authority type awards can be complex to review. Additionally, one method of search and pulling records was through the Virtual Contracting Enterprise – Paperless Contract Files system which is a time-consuming process to retrieve and save each record individually. Plaintiff believes that Defendant is now in violation of the Order and reserves all of its rights and remedies.

9. The parties propose to file a joint status report on or before January 19, 2022.

Dated: December 20, 2021
Washington, DC

Respectfully submitted,

FISHERBROYLES LLP

By: ___/s/ Gene M. Burd_____
GENE M. BURD, DC BAR NO. 1004330
1200 G Street, NW
Ste. 800
Washington, DC 20005
Tel: 202-750-0529
gene.burd@fisherboyles.com

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____/s/ *Jessica B. Colsia*_____
JESSICA B. COLSIA, GA BAR # 543222
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2574
jessica.colsia@usdoj.gov

*Attorneys for the United States of America*