UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE ARMY,<br><br>   Defendant. | Civil Action No. 21-1963 (CRC) |

## JOINT STATUS REPORT

The parties, by and through counsel, and pursuant to the Court's September 6, 2023, Minute Order, respectfully submit the following status report:

1. Plaintiff instituted this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, asking Defendant to produce "documents relate[d] to an algorithm developed by Elysian to assist the remote diagnosis of various health conditions, including the COVID-19 disease," in a FOIA request dated August 7, 2020. ECF No. 1, ¶ 1.

2. Defendant completed releases on December 3, 2021, January 19, 2022, March 17, 2022, and produced a *Vaughn* Index on March 28, 2022. Forty-four (44) pages were withheld in full and others were redacted, in part, pursuant to exemptions 3, 4, 5 and 6.

3. On November 28, 2022, and December 9, 2022, Defendant provided approximately 852 pages of additional emails and attachments responsive to Plaintiff's request. Plaintiff's complaint involves Soldiers from the 10th Mountain Division, and the emails that were recently released on November 28, 2022, and December 9, 2022, specifically address the discussions requested under FOIA and referenced in the complaint. ECF No. 1.

4. On April 16, 2023, Plaintiff provided a list of 155 pages with redactions that they asked to be reviewed and readdressed and the Defendant agreed to do so. On August 10, 2023, the

Defendants re-released 670 pages to Plaintiff with revisions made to the redactions on approximately 13 pages. The Defendant provided Plaintiff's counsel with a *Vaughn* index for the 155 pages at issue on September 28, 2023. The Parties intend to confer after Plaintiff has had an opportunity to review this index.

5. In light of these developments, the Parties propose to submit a joint status report on October 27, 2023, notifying the Court as to whether any issues remain in the litigation.

Dated: September 28, 2023
Washington, DC

Respectfully submitted,

FISHERBROYLES LLP

By: ___/s/ Gene M. Burd_____
GENE M. BURD, DC BAR NO. 1004330
1200 G Street, NW
Ste. 800
Washington, DC 20005
Tel: 202-750-0529
gene.burd@fisherboyles.com

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Patrick Doyle*_____
PATRICK A. DOYLE AZ BAR # 032173
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
patrick.doyle@usdoj.gov

*Attorneys for the United States of America*