UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE ARMY,<br><br>　　　　Defendant. | Civil Action No. 21-1963 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, the Parties will submit a joint status report on or before December 8, 2023.

IT IS SO ORDERED.

DATE: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　United States District Judge