UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE ARMY, <br><br> Defendant. | Civil Action No. 21-1963 (CRC) |

## JOINT STATUS REPORT AND MOTION TO STAY ORDER FOR BRIEFING SCHEDULE

The parties, by and through counsel, and pursuant to the Court's September 29, 2023, Minute Order, respectfully submit the following status report and respectfully ask the Court to stay its order for the Parties to offer a summary judgment briefing schedule:

1. Plaintiff instituted this action against Defendant under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, asking Defendant to produce "documents relate[d] to an algorithm developed by Elysian to assist the remote diagnosis of various health conditions, including the COVID-19 disease," in a FOIA request dated August 7, 2020. ECF No. 1, ¶ 1.

2. The Defendant and Plaintiff have effectively narrowed the matters in dispute down to approximately 155 pages. The Defendant provided Plaintiff's counsel with a *Vaughn* index for the 155 pages at issue on September 28, 2023.

3. The undersigned counsel for Plaintiff and Defendant intended to confer and discuss the exemptions after Plaintiff had the opportunity to review the supplemental release and *Vaughn* index. However, the counsel for Plaintiff have had difficulty communicating with representatives for their client and therefore intend to file a motion to withdraw from the case forthwith.

4. Accordingly, the undersigned counsel respectfully submit that they are unable to offer a summary judgment briefing schedule at this time and ask the Court to stay this requirement until the next JSR is due.

5. In light of these developments, the Parties propose to submit a joint status report on February 8, 2024, subject to possible continuance due to Plaintiff's counsel filing their motion to withdraw.

Dated: December 8, 2023
Washington, DC

Respectfully submitted,

FISHERBROYLES LLP

By: ___/s/ Gene M. Burd___
GENE M. BURD, DC BAR NO. 1004330
1200 G Street, NW
Ste. 800
Washington, DC 20005
Tel: 202-750-0529
gene.burd@fisherboyles.com

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Patrick Doyle_____
PATRICK A. DOYLE AZ BAR # 032173
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
patrick.doyle@usdoj.gov

*Attorneys for the United States of America*