UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE ARMY,<br><br>Defendant. | Civil Action No. 21-1963 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, the Parties will submit a joint status report on or before February 8, 2024.

IT IS SO ORDERED.

DATE: _____

_____
CHRISTOPHER R. COOPER
United States District Judge

4868-3858-2422, v. 1