UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE ARMY,<br><br>Defendant. | Civil Action No. 21-1963 (CRC) |

**MOTION TO WITHDRAW AS COUNSEL FOR ELYSIAN LABS, INC.**

Pursuant to Local Rule 83.6(c), undersigned counsel hereby moves this Court for leave to withdraw as counsel for the Plaintiffs in this action due to the fact undersigned is unable to obtain instructions from Plaintiff. Moreover, Plaintiff stopped any communications with undersigned counsel with respect to its obligation to pay its attorney's fees in connection with its representation in this action. Currently, the past-due balance owed to FisherBroyles LLP has reached $1,505.00. Multiple communications placed with the client remain unanswered. Undersigned counsel has contacted counsel for Defendant and received an out of office email response. In support of this Motion, the Court is referred to the attached Memorandum of Points and Authorities. An appropriate Order accompanies this Motion.

Dated: December 21, 2023

| | | |
|---|---|---|
| Date: | Washington, D.C.<br>December 21, 2023 | Respectfully submitted,<br>FISHERBROYLES LLP |
| | | <u>     /s/ Gene M. Burd     </u><br>Gene M. Burd (D.C. Bar No. 1004330)<br>1200 G Street, NW<br>Suite 800<br>Washington, DC 20005<br>Telephone: 202.750.0529<br>gene.burd@fisherbroyles.com |
| | | Attorneys for Plaintiff<br>ELYSIAN LABS, INC. |

4859-4712-7448, v. 1