UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE ARMY, <br><br> Defendant. | Civil Action No. 21-1963 (CRC) |

## **NOTICE TO PLAINTIFF ELYSIAN LABS, INC.**

Elysian Labs, Inc.
3131 MADELINE ST
OAKLAND, CA 94602
ATTN: JOANNE CHUNGYAN LO
EMAIL (jlo@elysianlabs.io)

  You are Plaintiff in the above-captioned case against Defendant U.S. Department of the Army.

  In the past year, undersigned counsel, who currently represent you in this case, have attempted to contact you through several different means of communication, in an effort to receive attorney's fees in connection with the representation in this action. Despite all those efforts, you failed to pay the balance due to the firm for its legal service rendered to Elysian Labs, Inc. Accordingly, undersigned counsel has filed the enclosed Motion with the Court, asking the Court to grant leave to withdraw as your attorney. Local Rule 83.6(c) of the U.S. District Court for the District of Columbia states that "a motion to withdraw an appearance shall be accompanied by a certificate of service listing the party's last known address and stating that the attorney has served upon the party a copy of the motion and a notice advising the party to obtain other counsel, or, if the party intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion." Accordingly, we are advising you that you may obtain other counsel to represent you in this matter.

  If you intend to represent yourself or wish to object to this Motion, you should contact the Clerk of Court in writing by no later than seven days of service of the motion at: Clerk of Court, U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, DC 20001.

Dated: December 21, 2023

| | | |
|---|---|---|
| Date: | Washington, D.C.<br>December 21, 2023 | Respectfully submitted,<br><br>FISHERBROYLES LLP<br><br>_____/s/ Gene M. Burd_____<br>Gene M. Burd (D.C. Bar No. 1004330)<br>1200 G Street, NW<br>Suite 800<br>Washington, DC 20005<br>Telephone: 202.750.0529<br>gene.burd@fisherbroyles.com<br><br>Attorneys for Plaintiff<br>ELYSIAN LABS, INC. |

4865-0064-1944, v. 1