UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE ARMY, <br><br> Defendant. | Civil Action No. 21-1963 (CRC) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw as Counsel for Plaintiff Elysian Labs, Inc., supporting Memorandum of Points and Authorities, Proposed Order, and Exhibit 1 have been served on Defendant's counsel via electronic filing through the ECF, and has been served on Plaintiff Elysian Labs, Inc. via electronic mail at jlo@elysianlabs.io, via regular mail, and via certified mail at the following address:

Elysian Labs, Inc.
3131 MADELINE ST
OAKLAND, CA 94602
ATTN: JOANNE CHUNGYAN LO
EMAIL (jlo@elysianlabs.io)

Dated: December 21, 2023

Date:   Washington, D.C.
        December 21, 2023

Respectfully submitted,
FISHERBROYLES LLP

        /s/ Gene M. Burd
Gene M. Burd (D.C. Bar No. 1004330)
1200 G Street, NW
Suite 800
Washington, DC 20005
Telephone: 202.750.0529
gene.burd@fisherbroyles.com

Attorneys for Plaintiff
ELYSIAN LABS, INC.