UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELYSIAN LABS, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF THE ARMY,

Defendant.

Civil Action No. 21-1963 (CRC)

## **ORDER**

UPON CONSIDERATION of Motion to Withdraw as Counsel for Plaintiff Elysian Labs, Inc., Defendant's response, if any, and the full record, the Court hereby this ____ day of _____, 2021, finds:

1.      Plaintiff's counsel has communicated with the Plaintiff in writing and via phone regarding providing payment of legal fees and anticipated tender;

2.      That counsel's efforts to communicate with the Plaintiff are sufficient;

3.      The Plaintiff failed to provide payment of legal fees;

4.      That there will be no "material adverse effect" on the Plaintiff from counsel's withdrawal, and Plaintiff has an opportunity to obtain other counsel;

5.      That there will be no prejudice to Plaintiff from counsel's withdrawal;

6.      That it is well settled that counsel may withdraw where the client makes no arrangements to pay the attorney for legal services already rendered.

WHEREFORE it is hereby ORDERED:

That counsel's Motion is GRANTED, and counsel of record for Plaintiff shall be withdrawn as counsel in the above-captioned case listed at the conclusion of this ORDER.


_____
Christopher R. Cooper
United States District Judge

4886-6739-5992, v. 1