UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF THE ARMY, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-1963 (CRC) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties and counsel of record: I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff, Elysian Labs, Inc.

Please enter my appearance as counsel in this case for Plaintiff, Elysian Labs, Inc.

Date:  December 28, 2023

Respectfully submitted,

/s/ *Kyle R. Freeny*
Kyle R. Freeny
D.C. Bar No. 1684764
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
Tel:  (202) 331-3100
Freenyk@gtlaw.com

David S. Bloch
(*Pro Hac Vice* Application Forthcoming)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel:  (415) 655-1300
david.bloch@gtlaw.com

*Counsel for Plaintiff Elysian Labs, Inc.*