UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELYSIAN LABS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE ARMY, ) <br> ) <br> Defendant. ) | Civil Action No. 21-1963 (CRC) |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO WITHDRAW AS ATTORNEY**

On December 21, 2023, undersigned counsel filed their Motion to Withdraw as Attorney for Plaintiff Elysian Labs, Inc. ("Plaintiff"). ECF No. 39. Following the filing of the motion, undersigned was advised that Plaintiff retained new counsel, who entered their appearance in this case. ECF No. 40. Accordingly, undersigned counsel intend to file their Notice to Withdraw as counsel pursuant to LCvR 83.6(b). As such, the foregoing Motion to Withdraw is now moot.

Respectfully submitted,

Dated: December 29, 2023

FISHERBROYLES LLP

By: /s/ *Gene M. Burd*
Gene M. Burd (D.C. Bar No. 1004330)
1200 G Street NW, Suite 800
Washington, DC 20005
Tel:   202.750.0529
gene.burd@fisherbroyles.com

*Withdrawing Counsel for Plaintiff*
*ELYSIAN LABS, INC.*

4875-0230-5433, v. 1